(80 South. 154)

WASHINGTON v. STATE. (5 Div. 287.)

(Court of Appeals of Alabama. Nov. 26, 1918.)

CRIMINAL LAW ☞1131(5) — DISMISSAL OF APPEAL—ESCAPE.

Where, on appeal from a conviction, it appears after taking the appeal that the appellant has escaped from custody, the appeal will be dismissed.

Appeal from Circuit Court, Elmore County; Leon McCord, Judge.

Jesse Washington was convicted of crime, and he appeals. Appeal dismissed.

Emmett S. Thigpen, Atty. Gen., for the State.

BROWN, P. J. It is made to appear to the court by competent evidence that the appellant, since the taking of the appeal in this case, has escaped from custody and is now a fugitive from justice. The appeal is therefore dismissed.

Appeal dismissed.